**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-1251**

KENYA BROWN,

               Plaintiff - Appellant,

     v.

AKIMA, LLC,

               Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Claude M. Hilton, Senior District Judge. (1:18-cv-00186-CMH-MSN)

Submitted: November 25, 2019               Decided: December 16, 2019

Before WILKINSON and THACKER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Marc E. Pasekoff, KALIJARVI, CHUZI, NEWMAN & FITCH, P.C., Washington, D.C., for Appellant. Yvette V. Gatling, LITTLER MENDELSON, P.C., Tysons Corner, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenya Brown appeals the district court's order granting summary judgment in favor of Akima, LLC, on her claims brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C.A. §§ 2000e to 2000e-17 (West 2012 & Supp. 2019) (Title VII); 42 U.S.C. § 1981 (2012); and the Fairfax County Code, § 1-11-1 *et seq.* We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Brown v. Akima, LLC*, No. 1:18-cv-00186-CMH-MSN (E.D. Va. filed April 4, 2019 & entered April 5, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*